UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

IBX JETS, LLC, et al,

    Plaintiffs and Counter-Defendants

CASE NO. 1:16-CV-00229-RJJ-RSK

v

PARADIGM JET MANAGEMENT INC.,
JETAWAY AIR SERVICE LLC,

HON. ROBERT J. JONKER

**CERTIFICATE OF SERVICE**

    Defendants and Counter-Claimants,

---

Steven M. Chait (P33747)
Steven M Chait, P.L.C.
Attorneys for IBX Jets, LLC, Christopher Jones,
Michael Jones and Brandon Coleman
airchait@aol.com
6515 Highland Rd., Ste 100
Waterford, MI 48327
248-666-1100

Kevin B. Even (P38599)
Rachael Roseman (P78917)
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Jetaway Air Service, LLC
keven@shrr.com; rroseman@shrr.com
900 Third St., Ste 204
Muskegon, MI 49440
231-724-4320

Dean G. Greenblatt (P54139)
Dean G. Greenblatt, PLC
Attorney for Paradigm Jet Management, Inc.
dgg@mnsi.net
4190 Telegraph Rd., Ste 3500
Bloomfield Hills, MI 48302
248-644-7520

---

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

-2-

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 20, 2016 she served a copy of discovery subpoenas directed to Sittercity Incorporated, Wells Fargo Bank, N.A., and Real Landscaping Services, LLC., upon the attorneys of record of all parties to the above action and to all parties appearing in pro per by via email upon Steven Chait at airchait@aol.com; and Dean Greenblatt at dgg@mnsi.net.

/s/ Lisa M. Klein, secretary for Kevin B. Even
Lisa M. Klein