# "EXHIBIT 11"



03-23-2016

My name is Jodi Andrews Flight Attendant for IBX Jets and what I experienced on my trip from the 24th -27th of December I was working with the Pilots Russ, Hector, and Rich.  I continuously heard Russ tell me over the course of 4 days his plan to leave IBX Jets and what is consisted of.  He specifically said he was going into work for 1 day in January which was going to be January 1st to collect his whole 2 week check from there and quit.  Leaving IBX without any sort of notice and leaving them hang without another pilot to take over and to take his place.  He was going to leave after January 1st in the middle of a trip and tell no one.

Jodi Andrews

03/23/16