"EXHIBIT 12"

## AMENDMENT TO AIRCRAFT DRY LEASE AGREEMENT

The AMENDMENT ("Amendment") entered into on September 22, 2015 to THIS AGREEMENT (hereinafter "Lease") is made and entered into this 13th day of March, 2015, between JETAWAY AIR SERVICE, L.L.C., a Michigan limited liability company, having its principal place of business at 800 Ellis Road Muskegon, MI 49441 (hereinafter "LESSOR") and IBX JETS, LLC., a South Carolina Limited Liability Company having its principal place of business at 1204 Winnowing Way, Suite 102 Mount Pleasant, SC 29466 (hereinafter "LESSEE"), (collectively "Parties").

WHEREAS, The parties have entered into an Aircraft Dry Lease Agreement dated March 13, 2015 and desires to amend this Agreement.

A. The Basic Rent section of this agreement shall be changed from One Hundred Fifty Thousand and 00/100 Dollars (US$150,000.00) per month to Two Hundred Thousand and 00/100 Dollars (US$200,000.00) per month Payable in advance to the Lessor by wire transfer as directed by LESSOR. Payment for each month of basic rent shall be payable on the first calendar day of that month. The amended Basic Rent payment shall commence on October 1st, 2015.

B. The Use Rent section of this agreement shall not contain the increased amount beyond the initial 540 hours of usage. The Use Rent shall remain at One Thousand Two Hundred Fifty Dollars (US$1,250.00) per flight hour with no maximum limitation. This Rent shall be due and payable on the 10th day of each calendar month following the month of the use for which the rent is to be paid.

C. Aircraft Purchase Agreement shall be added as Attachment B of the Aircraft Dry Lease Agreement. The purchase agreement shall remain in force as so long as each and every Basic Rent payment and Use Rent payment are made on time and for the current amount. Starting on October 1st, 2015, Twenty Five Thousand Dollars (US$25,000.00) of the Basic rent payment shall be applied against the purchase price of the aircraft. The LESSOR shall have the right to terminate the Aircraft Purchase Agreement if any Basic Rent or Use Rent Payment is late or not received.

D. If IBX Jets, LLC fails to purchase the aircraft under the terms and conditions set forth, IBX Jets, LLC shall be subject to the previous terms, conditions, and costs of the Use Rent section of the agreement dated March 13, 2015. If IBX Jets, LLC fails to meet the terms and conditions of the Aircraft Purchase Agreement, IBX Jets, LLC shall not be entitled to any refunds from any amounts paid towards the aircraft purchase, Basic Rent, or Use Rent.

LESSOR: JETAWAY AIR SERVICE, L.L.C.          LESSEE: IBX JETS, LLC.

                                                          DocuSigned by:
                                                          Michael Jones
BY: _____          BY: _____
                                                          4CF44952139C4CF...
TITLE: _____          TITLE: _____
                                                          Vice President
DATE: __9/23/15_____          DATE: __10/6/2015_____